*James E. Wilkinson* for appellant.

*Charles R. Weeks, District Attorney* (*Charles I. Wood* and *Elvin N. Edwards* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FREIDELL WINERY COMPANY, Respondent, *v.* STATE OF NEW YORK, Appellant.

*Excise — State — action to recover taxes paid under invalid statute.*

*Freidell Winery Co.* v. *State of N. Y.*, 212 App. Div. 269, affirmed. (Argued October 12, 1925; decided October 27, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1925, modifying and affirming as modified a judgment of the Court of Claims. Claimant sought to recover taxes it had paid the State under the provisions of the Liquor Tax Law, as amended by chapter 911 of the Laws of 1920, which defined " non-intoxicating beverages " as liquors containing not more than two and seventy-five one-hundredths per centum of alcohol by weight in violation of the Eighteenth Amendment to the Federal Constitution and the act of Congress passed thereunder (41 Stat. 307, 308), defining and prohibiting the sale of intoxicating liquors for beverage purposes.

*Albert Ottinger, Attorney-General* (*Henry S. Manley* of counsel), for appellant.

*Garrard Glenn, Edward Schoeneck* and *William L. Glenn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.